01
02
03
04
05
06
07                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
08                                    AT SEATTLE

09  CHARLES L. BOBO,                        )
                                            )
10          Plaintiff,                      )   CASE NO. C13-0849-JCC
                                            )
11      v.                                  )
                                            )   REPORT AND RECOMMENDATION
12  PLYMOUTH HOUSING GROUP                  )
    HUMPHREY HOUSE,                         )
13                                          )
            Defendant.                      )
14  _____ )

15      Plaintiff Charles L. Bobo, proceeding *pro se*, submitted an application to proceed *in

16  forma pauperis* (IFP) and a proposed complaint to this Court for review.  (Dkt. 1.)  Plaintiff

17  brings his claims against Plymouth Housing Group Humphrey House and describes his

18  complaint as follows:  "Visitor come to your room 6 times[.] No excessive foot traffic allowed

19  short period of time each time specifically between the hours of 5:00 am – 7:00 am[.] Visitor

20  come your room 6 time (sic)."  (Dkt. 1-1 at 2.)  Plaintiff alleges the basis for jurisdiction as

21  "Monitor hallway elevator and around building."  (*Id*.)

22      Under 28 U.S.C. § 1915(e), the district court must dismiss a case "at any time" it

REPORT AND RECOMMENDATION
PAGE -1

determines a complaint is frivolous or fails to state a claim on which relief may be granted. § 1915(e)(2)(B). Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners. *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

A review of the Court's filing system reveals that plaintiff has filed some twenty-nine different actions in this Court. *See Bobo v. Tracfone Wireless Inc.*, C13-884-JCC (Dkt. 2). The Court dismissed a number of those cases upon finding that plaintiff failed to state a claim upon which relief could be granted, that the filing was frivolous, and/or that the Court lacked jurisdiction. *See*, *e.g.*, *Bobo v. Tracfone Wireless, Inc.*, C13-071-MJP (Dkts. 3-5); *Bobo v. DSHS*, C12-1992-RAJ (Dkt. 6); *Bobo v. Tulane County District Attorney*, C12-1805-RSL (Dkts. 3-5). *See also Bobo v. Plymouth Housing Group Humphrey House*, C12-2071-MJP (Dkt. 10) (similar claims raised against the same defendant named in this action dismissed for failure to prosecute).

As in those prior cases, plaintiff here fails to set forth facts sufficient to state a cognizable claim against the defendant, fails to set forth any basis for jurisdiction in this Court, and submits a complaint that appears frivolous on its face. Accordingly, the Court recommends that plaintiff's IFP application be STRICKEN and this matter DISMISSED with prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 22nd day of May, 2013.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2