01

02

03

04

05

06

07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 CHARLES L. BOBO, )
) CASE NO. C13-0849-JCC
10      Plaintiff, )
)
11     v. ) ORDER STRIKING *IN FORMA*
) *PAUPERIS* APPLICATION AND
12 PLYMOUTH HOUSING GROUP ) DISMISSING CASE
HUMPHREY HOUSE, )
13 )
     Defendant. )
14 _____ )

15      The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP),

16 his complaint, the Report and Recommendation of Mary Alice Theiler, United States

17 Magistrate Judge, and the remaining record, does hereby find and Order:

18      (1)    The Court adopts the Report and Recommendation;

19      (2)    Plaintiff's IFP application is STRICKEN and this case is DISMISSED, with

20                  prejudice; and

21      (3)    The Clerk shall send a copy of this Order to plaintiff.

22 / / /

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -1

01    DATED this 18th day of June 2013.

02

03

04

05                                JOHN C. COUGHENOUR
                                  United States District Judge
06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -2