UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO, | ) |
| | ) CASE NO. C13-0849-JCC |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER STRIKING *IN FORMA* |
| | ) *PAUPERIS* APPLICATION AND |
| PLYMOUTH HOUSING GROUP | ) DISMISSING CASE |
| HUMPHREY HOUSE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), his complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's IFP application is STRICKEN and this case is DISMISSED, with prejudice; and

(3)   The Clerk shall send a copy of this Order to plaintiff.

/ / /

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -1

01     DATED this 18th day of June 2013.

02

03

04                            /s/ John C. Coughenour

05                            JOHN C. COUGHENOUR
                              United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -2